■ IRENE M., Respondent, v FRANK M., Appellant.—In a paternity proceeding, the appeal is from an order of the Family Court, Suffolk County, entered April 28, 1978, which determined that appellant was the father of the child born to petitioner. Permission for the taking of this appeal is hereby granted. Order affirmed, with costs. No opinion. Hopkins, J. P., Titone, Margett and Mangano, JJ., concur.